ORIGINAL



FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0005

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0005

**FILED**

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE MOTION OF ROBERT D. REILEY FOR ADMISSION TO THE BAR OF THE STATE OF MONTANA

O R D E R

Robert D. Reiley has moved for admission to the Bar of the State of Montana pursuant to Rule V of the Rules for Admission, Admission on Motion. Reiley also requests leave to be sworn in by the Honorable H. Elizabeth Harris of the Los Angeles County Superior Court. The Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Reiley has provided the necessary documentation and has satisfied the requirements prerequisite to admission on motion under Rule V. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Robert D. Reiley may be sworn in to the practice of law in the State of Montana. Reiley's request to be sworn in by the Honorable H. Elizabeth Harris of the Los Angeles County Superior Court is granted, and any further questions regarding swearing in may be directed to the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices